# United States District Court
## District of Connecticut

| | |
|---|---|
| Giamminonni<br>*Plaintiff*<br>v.<br><br>Pharmacia<br>*Defendant* | :<br>:<br>: Case No. 3-02-cv-1892 WWE<br>:<br>:<br>: |

### ORDER OF REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge Holly B. Fitzsimmons for the following purposes:

\_\_\_\_ All purposes except trial, unless the parties consent to trial before the magistrate judge (orefcs.)

\_\_\_\_ A ruling on all pretrial motions except dispositive motions (orefmisc./dscv.)

\_\_\_\_ A ruling on all pretrial motions except dispositive motions (orefmisc./dscv.)

\_\_\_\_ To supervise discovery and resolve discovery disputes (orefmisc./dscv.)

\_\_\_\_ A ruling on the following motions which are currently pending: (orefm.)
Doc#

**✖** A settlement conference (orefmisc./cnf.)

\_\_\_\_ A conference to discuss the following: (orefmisc./cnf.)

\_\_\_\_ Other: (orefmisc./misc)


SO ORDERED this __25th__ day of __Feburary__, __2004__ at Bridgeport, Connecticut.

_____
Hon. Warren W. Eginton
SENIOR UNITED STATES DISTRICT COURT JUDGE