Held - 2-25-04

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Status Conference Calendar

Honorable Warren W. Eginton, Senior U. S. D. J.
915 Lafayette Boulevard
Bridgeport
Chamber Room 335

February 25, 2004

9:30 a.m.

ANY REQUEST FOR A CONTINUANCE OR POSTPONEMENT MUST BE DIRECTED TO CHAMBERS. ALL ATTORNEYS OUTSIDE OF THE FAIRFIELD COUNTY AREA ARE ENCOURAGED TO CONTACT CHAMBERS REGARDING THE POSSIBILITY OF PARTICIPATING BY CONFERENCE CALL.

CASE NO.     **3:01-cv-1720 Ramatowski v. Pharmacia**
             **3:01-cv-1352 Torony v. Pharmacia**
             **3:02-cv-1892 Giamminonni v. Pharmacia**

Margaret M. Doherty
Tinley, Nastri, Renehan & Dost
60 N. Main St., Second Floor
Waterbury, CT 06702


Timothy W. Donahue
Delaney, Zemetis, Donahue, Durham & Noon
111 S. Main St., PO Box 747
Wallingford, CT 06492


Robert Nastri Jr.
Tinley, Nastri, Renehan & Dost
60 N. Main St., Second Floor
Waterbury, CT 06702

Margaret M. Doherty
Tinley, Nastri, Renehan & Dost
60 N. Main St., Second Floor
Waterbury, CT 06702